IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14-cr-00189 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| JOSEPH EDWARD POTTS | ) | |

## ORDER

The sentencing hearing in this action is set for **Friday, April 3, 2015 at 3:00 p.m.**, in the United States Courthouse in Nashville, Tennessee. By **Monday, March 30, 2015,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing.

It is so **ORDERED**.

ENTERED this the 12th day of January, 2015.

_____
WILLIAM J. HAYNES, JR.
Senior United States District Judge